# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Cassiano

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Christina Cassiano

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-51
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

## EMPLOYMENT

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed

Name and address of employer: CALIFORNIA PIZZA KITCHEN NATICK MALL RTS
(MARITAL RESIDENCE WESLEY HILL OAKLAND ST)

IF YES, how much do you earn per month? $ 1,800.00

IF NO, give month and year of last employment: _____
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

## ASSETS

**OTHER INCOME:** Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH:** Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 1,500.00

**PROPERTY:** Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT: $ _____

## DEPENDENTS

MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them: _____

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| Creditors | Total Debt | Monthly Pay |
|---|---|---|
| APARTMENT OR HOME: APARTMENT | $ — | $ 1,125.00 |
| UTILITIES | $ — | $ 100.00 |
| TELEPHONE AND CELL | $ — | $ 170.00 |
| FOOD, CLOTHING | $ — | $ 300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 08.31.04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Christina J. Cassiano